# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO DIAZ, | : | |
|    Petitioner | : | |
| | : | No. 1:24-cv-157 |
| v. | : | |
| | : | (Judge Rambo) |
| WARDEN JESSICA SAGE, | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 6th day of February 2024, upon consideration of *pro se* Petitioner Pedro Diaz's ("Petitioner")'s petition for writ of habeas corpus (Doc. No. 1) and for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. Petitioner may file an amended petition for writ of habeas corpus within thirty (30) days of the date of this order to cure the deficiencies identified in the court's memorandum opinion; and

3. If petitioner fails to file an amended petition for writ of habeas corpus by the above deadline, this case shall be dismissed without prejudice for the reasons stated in the accompany memorandum.

                                              s/ Sylvia H. Rambo
                                              United States District Judge