IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PEDRO DIAZ,** | : | |
| Petitioner | : | |
| | : | No. 1:24-cv-157 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN JESSICA SAGE,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 26th day of March 2024, upon consideration of *pro se* Petitioner Pedro Diaz's ("Petitioner")'s petition for writ of habeas corpus (Doc. No. 1) and the court's February 6, 2024 memorandum and order dismissing the petition without prejudice, granting Petitioner leave to file an amended petition within thirty days, and warning that the case would be dismissed without prejudice if no amended petition was filed, (Doc. Nos. 4-5), and the court observing that no amended petition was filed by the March 7, 2024 deadline, **IT IS ORDERED THAT**:

1. This case is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the court's February 6, 2024 memorandum; and

2. The Clerk of Court is directed to close this case.

                                          s/ Sylvia H. Rambo
                                         United States District Judge